UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY GREENE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV440 JCH |
| ) | |
| BAYSIDE ASSET RECOVERY, LLC, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon its review of the record. Plaintiff Jeffrey Greene filed his Complaint in this matter on March 19, 2009. (Doc. No. 1-4). On August 3, 2009, Defendant Bayside Asset Recovery, LLC, attempted to file its Answer to Plaintiff's Complaint. (Doc. No. 4).[1] Defendant's Answer was signed by Mr. Shawn Bure of Bayside Asset Recovery, LLC, who apparently is not a licensed attorney. A corporation is an artificial entity that can only act through agents, and must be represented by legal counsel. Rowland v. California Men's Colony, 506 U.S. 194, 201-202 (1993). The Court therefore will strike Defendant's Answer, and grant Defendant twenty (20) days within which to have an attorney enter an appearance and file an Answer on its behalf.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Bayside Asset Recovery, LLC's Answer to Plaintiff's Complaint (Doc. Nos. 4, 5) is **STRICKEN**.

**IT IS FURTHER ORDERED** that Defendant Bayside Asset Recovery, LLC, is granted twenty (20) days from the date of this Order in which to have a licensed attorney enter an appearance

---

[1] Defendant refiled its Answer on August 21, 2009, with a printed name under the signature line. (Doc. No. 5).

and file an Answer on its behalf. Failure to comply with this directive may result in the Clerk of the Court entering a default as to Defendant Bayside Asset Recovery, LLC.

Dated this <u>17th</u> day of September, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE